MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
MED-SURGICAL SERVICES, INC.,
KRISHNA SUDHAKARAN, and MARK KIENE

Ali Aalaei, Bar No. 254713
Ari Law, P.C.
22 Battery St., Suite #1000
San Francisco, CA 94111
Email: ali@arilaw.com
Tel:  (415) 357-3600
Fax:  (415) 357-3602

Attorneys for Plaintiff,
CALIFORNIA INSTITUTE OF COMPUTER
ASSISTED SURGERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MED-SURGICAL SERVICES, INC., a California corporation, KRISHNA SUDHAKARAN, an individual, MARK KIENE, an individual,<br><br>　　　　　　　　　　　Defendants. | Case No. C10-05067 CW<br><br>**ORDER RE: LEAVE TO AMEND COMPLAINT**<br><br>Complaint filed:  November 9, 2010 |

[PROPOSED] ORDER
Case No. 10-05067 (CW)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff shall have leave to
2  file an amended complaint on or before June 27, 2011.
3  IT IS ORDERED FURTHER that the case management order deadline to add additional
4  parties, *D.I. 30*, is moved from May 23, 2011 to June 27, 2011.
5  IT IS ORDERED FURTHER that plaintiff's pending motion for an order granting leave to
6  amend the complaint, *D.I. 33*, is terminated.
7
8
9
10 IT IS SO ORDERED.
11
12 Dated: 4/18/2011
13                                                                          _____
14                                                                          DISTRICT COURT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

[PROPOSED] ORDER                                                                   Case No. C10-05067 CW