MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
MED-SURGICAL SERVICES, INC.,
KRISHNA SUDHAKARAN, and MARK KIENE

ALI AALAEI, Bar No. 254713
ali@arilaw.com
Ari Law Firm PC
22 Battery St., Suite #1000
San Francisco, CA 94111
Tel: (415) 357-3600
Fax: (415) 357-3602

Attorneys for Plaintiff,
CALIFORNIA INSTITUTE OF COMPUTER
ASSISTED SURGERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MED-SURGICAL SERVICES, INC., a California corporation, KRISHNA SUDHAKARAN, an individual, MARK KIENE, an individual,<br><br>Defendants. | Case No. C10-05067 CW<br><br>**STIPULATION RE: AMENDMENT TO CASE MANAGEMENT ORDER**<br><br>JUDGE: Claudia Wilken<br>COURTROOM: 2, 4th Floor<br><br>Complaint filed: November 9, 2010<br>Trial Date: March 19, 2012 |

STIPULATION                                                        Case No. C10-05067 CW

1  Plaintiff California Institute of Computer Assisted Surgery, Inc. ("CICAS"), together with
2  Defendants Med-Surgical Services, Inc, Krishna Sudhakaran, and Mark Kiene ("Defendants"), by
3  and through their undersigned counsel, hereby stipulate as follows:

4  1. CICAS shall serve a supplemental disclosure of asserted claims and
5  preliminary infringement contentions by June 10, 2011.

6  2. The Exchange of Preliminary Claim Constrictions and Preliminary
7  Identifications of Extrinsic Evidence [Patent L.R. 4-2.a-b] shall occur by June 27, 2011.
8  The parties shall meet and confer pursuant to Patent L.R. 4-1 to identify 10 terms from
9  CICAS's list of claim terms served pursuant to patent L.R. 4-1 on May 6, 2011.

10  3. The parties shall submit a Joint Claim Construction and Prehearing Chart
11  [Patent L.R. 4-3] July 15, 2011.

12  4. Completion of Claim Construction Discovery [Patent L.R. 4-4] shall be
13  August 26, 2011.

14  5. CICAS's service of supplemental disclosure of asserted claims and
15  preliminary infringement contentions pursuant to paragraph 1 shall be without prejudice to
16  its position that Defendants have waived the right to serve Invalidity Contentions pursuant
17  to Patent L.R. 3-3. Med-Surgical's agreement to this stipulation shall be without prejudice
18  to its position that CICAS failed to comply with Patent L.R. 3-1.

19  6. This Stipulation does not affect the claim construction briefing schedule set
20  by the Court in the Case Management Order.

22  SO STIPULATED AND AGREED

23  Dated: May 20, 2011                    BERGESON, LLP

25                                         By: _____/s/_____
                                               Jaideep Venkatesan

27                                         Attorneys for Defendants
                                           MED-SURGICAL SERVICES, INC.,
                                           KRISHNA SUDHAKARAN, and MARK KIENE

- 1 -

STIPULATION                                                Case No. C10-05067 CW

1  Dated: May 19, 2011          ARI LAW FIRM PC

2

3                              By: _____

4                                  Ali Aalaei

5                              Attorneys for Plaintiff
                               CALIFORNIA INSTITUTE OF COMPUTER
6                              ASSISTED SURGERY, INC.

7

8  PURUSANT TO STIPULATION, IT IS SO ORDERED.

9

10 DATED:__5/23/2011_____      _____
                               The Honorable Claudia Wilken
11                             United States District Court Judge
                               Northern District of California
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION                                           Case No. C10-05067 CW