IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., <br><br>    Plaintiff, <br><br>   v. <br><br> MED-SURGICAL SERVICES, INC. et al., <br><br>    Defendants. <br>_____/ | No. C 10-05067 CW <br><br> ORDER OF <u>REFERENCE TO</u> <u>MAGISTRATE JUDGE</u> |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel infringement contentions that comply with patent local rule 3-1 and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, August 25, 2011 is vacated. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 7/13/2011

_____
CLAUDIA WILKEN
United States District Judge

cc: Sue; Assigned M/J w/mo.