MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
MED-SURGICAL SERVICES, INC.,
KRISHNA SUDHAKARAN, and MARK KIENE

ALI AALAEI, Bar No. 254713
ali@arilaw.com
Ari Law, P.C.
22 Battery St., Suite #1000
San Francisco, CA 94111
Tel:  (415) 357-3600
Fax:  (415) 357-3602

Attorneys for Plaintiff,
CALIFORNIA INSTITUTE OF COMPUTER
ASSISTED SURGERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MED-SURGICAL SERVICES, INC., a California corporation, KRISHNA SUDHAKARAN, an individual, MARK KIENE, an individual,<br><br>　　　　　　　　　　　　Defendants. | Case No. C10-05067 CW<br><br>**STIPULATION RE: AMENDMENT TO CASE MANAGEMENT ORDER; ORDER**<br><br>JUDGE:　　　Claudia Wilken<br>COURTROOM:  2, 4th Floor<br><br>Complaint filed:  November 9, 2010<br>Trial Date:  March 19, 2012 |

STIPULATION RE: AMENDMENT TO CM ORDER; [~~PROPOSED~~] ORDER　　　Case No. C10-05067 CW

Plaintiff California Institute of Computer Assisted Surgery, Inc. ("CICAS"), together with Defendants Med-Surgical Services, Inc., Krishna Sudhakaran, and Mark Kiene ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Defendants have filed a Motion to Compel Infringement Contentions That Comply With Patent Local Rule 3-1 and an Administrative Motion to Modify Case Management Deadlines requesting the Court to postpone several deadlines under the Patent Local Rules;

WHEREAS Plaintiff maintains that Defendants' motions should be DENIED and Plaintiff will file oppositions to such motions within the time allowed for opposition;

WHEREAS the parties' Joint Claim Construction and Prehearing Chart is required to be filed by July 15, 2011;

WHEREAS the parties have agreed to postpone that deadline by one week to give the parties additional time to reach agreement on the construction of several terms;

1. The parties shall submit a Joint Claim Construction and Prehearing Chart [Patent L.R. 4-3] on July 22, 2011.

2. This Stipulation does not affect the claim construction briefing schedule set by the Court in the Case Management Order.

SO STIPULATED AND AGREED

Dated: July 13, 2011                                BERGESON, LLP

By: _____/s/_____
    Jaideep Venkatesan

Attorneys for Defendants
MED-SURGICAL SERVICES, INC.,
KRISHNA SUDHAKARAN, and MARK KIENE

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: July 13, 2011                    ARI LAW, P.C.


                                        By: _____/s/_____
                                              Ali Aalaei

                                        Attorney for Plaintiff,
                                        CALIFORNIA INSTITUTE OF COMPUTER
                                        ASSISTED SURGERY, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: **7/18/2011**                    _____
                                        The Honorable Claudia Wilken
                                        United States District Court Judge
                                        Northern District of California