IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>MED-SURGICAL SERVICES, INC., a California corporation; KRISHNA SUDHAKARAN, an individual; MARK KIENE, an individual,<br><br>      Defendants.<br>_____/ | No. C 10-05067 CW<br><br>ORDER REFERRING DEFENDANTS' ADMINISTRATIVE MOTION<br>(Docket No. 44) |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendants' administrative motion to modify case management deadlines, Docket No. 44, is referred to Magistrate Judge Cousins. Judge Cousins may adjust any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing dates.

    IT IS SO ORDERED.

Dated: 7/29/2011

                                CLAUDIA WILKEN
                                United States District Judge

cc: Sue; NC