MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Defendants
MED-SURGICAL SERVICES, INC.,
KRISHNA SUDHAKARAN, and MARK KIENE

ALI AALAEI, Bar No. 254713
ali@arilaw.com
ARI Law, P.C.
22 Battery St., Suite #1000
San Francisco, CA 94111
Tel: (415) 357-3600
Fax: (415) 357-3602

Attorneys for Plaintiff,
CALIFORNIA INSTITUTE OF COMPUTER
ASSISTED SURGERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MED-SURGICAL SERVICES, INC., a California corporation, KRISHNA SUDHAKARAN, an individual, MARK KIENE, an individual,<br><br>Defendants. | Case No. C10-05067 CW<br><br>**STIPULATION RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL INFRINGEMENT CONTENTIONS THAT COMPLY WITH PATENT LOCAL RULE 3-1 AND ORDER THEREON**<br><br>Date:   August 31, 2011<br>Time:   2:00 PM.<br>Judge:  Hon. Nathanael Cousins<br>Ctrm:   A, 15th Floor<br><br>Complaint filed: November 9, 2010<br>Trial Date: March 19, 2012 |

STIPULATION                                                              Case No. C10-05067 CW

Plaintiff California Institute of Computer Assisted Surgery, Inc. ("CICAS"), together with Defendants Med-Surgical Services, Inc., Krishna Sudhakaran, and Mark Kiene ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS on July 11, 2011, Defendants noticed a Motion to Compel Infringement Contentions That Comply with Patent Local Rule 3-1 for hearing on August 25, 2011. D.I. 47;

WHEREAS on July 13, 2011, the Honorable Claudia Wilken vacated the hearing. D.I. 49;

WHEREAS on July 26, 2011, the Honorable Nathanael Cousins scheduled a hearing on Defendants' Motion for August 31, 2011. D.I. 53;

WHEREAS Plaintiff's Opposition to Defendants' Motion was due on July 25, 2011 under Civil Local Rule 7-3, but Plaintiff has yet to file an Opposition to the Motion scheduled for hearing on August 31, 2011;

WHEREAS Defendants filed a Reply Brief on July 26, 2011, requesting that the Court grant their Motion because of Plaintiff's failure to file an Opposition. D.I. 57;

WHEREAS the Parties have agreed that Plaintiff may file an Opposition to Defendants' Motion by August 1, 2011, and Defendants may file a Reply to that Opposition by August 8, 2011;

WHEREAS the Parties so stipulate for the briefing of Defendant's Motion to Compel Infringement Contentions That Comply With Patent Local Rule 3-1:

1. Plaintiff may file an Opposition to Defendants' Motion on or before August 1, 2011.
2. Defendants may file a Reply to the Opposition on or before August 8, 2011.
3. This Stipulation does not affect any case management deadlines.

SO STIPULATED AND AGREED

Dated: July 28, 2011                             BERGESON, LLP

                                                 By: _____/s/_____
                                                     Jaideep Venkatesan

- 1 -

STIPULATION                                                             Case No. C10-05067 CW

|   |   |
|---|---|
| 1 | Attorneys for Defendants |
|   | MED-SURGICAL SERVICES, INC., |
| 2 | KRISHNA SUDHAKARAN, and MARK KIENE |

Dated: July 28, 2011                        ARI LAW, P.C.


By: _____/s/_____
     Ali Aalaei

Attorney for Plaintiff,
CALIFORNIA INSTITUTE OF COMPUTER
ASSISTED SURGERY, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

[signature]

The Honorable Nathanael Cousins
United States District Court Judge
Northern District of California

- 2 -

STIPULATION                                                                Case No. C10-05067 CW