IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>MED-SURGICAL SERVICES, INC., a California corporation; KRISHNA SUDHAKARAN, an individual; MARK KIENE, an individual,<br><br>          Defendants.<br>_____/ | No. C 10-05067 CW<br><br>ORDER REFERRING DEFENDANTS' ADMINISTRATIVE MOTION<br>(Docket No. 68) |

   On August 12, 2011, Defendants Rory Randall and Shirley Clayton filed an administrative motion to modify case management deadlines set by this Court.  Docket No. 68.  Randall and Clayton submitted the motion to Magistrate Judge Cousins for his consideration.  This Court's July 29, 2011 order referred to Magistrate Judge Cousins a prior administrative motion to modify case deadlines filed by different Defendants in this action.

   Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Randall's and Clayton's administrative motion, Docket No. 68, is referred to Magistrate Judge Cousins.  Judge Cousins may adjust

any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing dates.

IT IS SO ORDERED.

Dated: 8/17/2011

　　　　　　　　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　United States District Judge

cc: NC, Sue