IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC.<br><br>Plaintiff,<br><br>v.<br><br>MED-SURGICAL SERVICES, INC., KRISHNA SUDHAKARAN, MARK KIENE, RORY RANDALL, and SHIRLEY CLAYTON<br><br>Defendants. | Case Number 4:10-CV-05067 CW (NC)<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTES**<br><br>Re: Docket Nos. 76, 77, 78 |

The Parties submitted a joint statement pursuant to this Court's Civil Standing Order, Discovery Procedure No. 2, in which they request the Court's assistance in resolving discovery disputes with respect to (1) the Second Supplemental Responses of Plaintiff California Institute of Computer Assisted Surgery, Inc. ("CICAS") to the First Set of Interrogatories of Defendant Med-Surgical Services Inc. ("Med-Surgical"), (2) CICAS' Second Set of Supplemental Responses to Med-Surgical's First Set of Requests for Production, and (3) CICAS' First Request for Production to Med-Surgical. Docket Nos. 76, 77, 78. The Court will address the Parties' discovery disputes during the hearing scheduled for August 31, 2011 regarding the motion to compel filed by Defendants Med-Surgical, Mark Kiene, and Krishna Sudhakaran. Docket Nos. 47, 56. No further briefing is required. If the parties are able to resolve some or all of their

Case No. 4:10-CV-05067 CW (NC)
ORDER SETTING HEARING
(NCLC1)

discovery disputes before the hearing, they are to notify the court promptly.

IT IS SO ORDERED.

DATED: 08/25/11

NATHANAEL M. COUSINS
United States Magistrate Judge