ALI AALAEI, Bar No. 254713
ARI LAW, P.C.
22 Battery St., Ste.#1000
San Francisco, CA 94111
Tel:415.357.3600/Fax:415.357.3602
ali@arilaw.com
ALEXANDER CHEN, Bar No. 245798
INHOUSE CO LAW FIRM
7700 Irvine Ctr. Shashikant Dr., #S-800
Irvine, CA 92618
Tel:949.250.1555/Fax:714.882.7770
alexc@inhouseco.com
ALI KAMAREI, Bar No. 175977
INHOUSE CO LAW FIRM
50 W. San Fernando St., #900
San Jose, CA 95113
Tel:408.918.5393/Fax:408.918.5373
alik@inhouseco.com

Attorneys for Plaintiff,
California Institute of Computer
Assisted Surgery, Inc. ("CICAS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>Plaintiff.<br>v.<br><br>MED-SURGICAL SERVICES, INC., a California corporation, KRISHNA SUDHAKARAN, an individual, MARK KIENE, an individual, SHIRLEY CLAYTON, an individual, RORY RANDALL, an individual, and DOES 1-10.<br><br>Defendants. | Case No. C10-05067 (CW)<br><br>[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION REQUESTING ENLARGEMENT OF DEADLINES SET BY CASE MANAGEMENT ORDER |

Having reviewed the Administrative Motion Requesting Enlargement of Deadlines Set By Case Management Order the Court finds that good cause exists for the following Order:

IT IS HEREBY ORDERED:

(1) The Administrative Motion is GRANTED;

(2) The Court's February 22, 2011 Minute Order and Case Management Order shall be amended so that Plaintiff's proposed modification as stated in the Administrative Motion is hereby accepted.

The 5 day jury trial is continued to September 10, 2012 at 8:30 a.m. and the pretrial conference is continued to August 29, 2012 at 2:00 p.m.

IT IS SO ORDERED

Dated: 9/16/2011

United States District Court Judge