UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MED-SURGICAL SERVICES, INC., KRISHNA SUDHAKARAN, MARK KIENE, RORY RANDALL, and SHIRLEY CLAYTON,<br><br>Defendants. | Case Number 10-cv-05067 CW (NC)<br><br>**ORDER GRANTING ATTORNEYS' FEES UNDER FED. R. CIV. P. 37**<br><br>Re: Docket Nos. 97, 101 |

Plaintiff California Institute of Computer Assisted Surgery, Inc. ("CICAS") filed this action against Defendants Med-Surgical Services Inc., Krishna Sudhakaran, Mark Kiene, Rory Randall, and Shirley Clayton for patent infringement in violation of the U.S. Patent Act, 28 U.S.C. § 271. On September 1, 2011, the Court granted Defendants' motion to compel CICAS to serve infringement contentions that comply with Patent Local Rule 3-1. Dkt. No. 81. On September 27, 2011, the Court granted Defendants' motion for attorneys' fees under Federal Rule of Civil Procedure 37, and it ordered Defendants to submit a declaration that complies with Civil Local Rule 37-4 in order to facilitate its determination of a reasonable award amount. Dkt. No. 97. Defendants complied with the Court's order. Dkt. No. 101.

1      As Defendants have provided sufficient justification for the $24,247.08 they incurred in making their motion to compel, the Court finds that an award of $24,247.08 is appropriate. Defendants' request under Federal Rule of Civil Procedure 37 for $24,247.08 in attorneys' fees and related expenses is therefore GRANTED. CICAS and its attorneys must pay this amount to Defendants within thirty days of the date this Order is filed.

    IT IS SO ORDERED.

DATED: October 6, 2011



NATHANAEL M. COUSINS
United States Magistrate Judge

2

Case No. 10-cv-05067 CW (NC)
ORDER GRANTING ATTORNEYS' FEES