ALI AALAEI, Bar No. 254713
ARI LAW, P.C.
22 Battery St., Ste.#1000
San Francisco, CA 94111
Tel:415.357.3600/Fax:415.357.3602
ali@arilaw.com
ALEXANDER CHEN, Bar No. 245798
INHOUSE CO LAW FIRM
7700 Irvine Ctr. Dr., #S-800
Irvine, CA 92618
Tel:949.250.1555/Fax:714.882.7770
alexc@inhouseco.com
ALI KAMAREI, Bar No. 175977
INHOUSE CO LAW FIRM
50 W. San Fernando St., #900
San Jose, CA 95113
Tel:408.918.5393/Fax:408.918.5373
alik@inhouseco.com

Attorneys for Plaintiff,
*California Institute of Computer Assisted Surgery, Inc. ("CICAS")*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MED-SURGICAL SERVICES, INC., a California corporation, KRISHNA SUDHAKARAN, an individual, MARK KIENE, an individual,<br><br>Defendants. | Case No. C10-05067 CW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Judge: Hon. Claudia Wilken<br>Ctrm:  2, 4th Floor<br><br>Complaint filed: November 9, 2010<br>Trial Date: September 10, 2012 |

Plaintiff California Institute of Computer Assisted Surgery, Inc. and defendants Med-Surgical Services, Inc., Krishna Sudhakaran, Mark Kiene, Rory Randall, and Shirley Clayton (collectively "the Parties") hereby submit this Notice of Settlement of Entire Case. The Parties, which consists of all of the parties to Case No. C10-05067 (CW), have agreed to a settlement of the entire action. The Parties shall file a stipulation of dismissal with prejudice within ten (10) days.

The Parties note that a settlement conference is presently scheduled with Hon. Laurel Beeler for tomorrow, November 4, 2011, at 9:30AM at the Oakland Division.

Dated: November 3, 2011            ARI LAW, P.C.

                                   By: _____/s/_____
                                   Ali Aalaei
                                   Attorney for Plaintiff CICAS

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatories below.

Dated: November 3, 2011            BERGESON, LLP

                                   By: _____/s/_____
                                   Jaideep Venkatesan
                                   Attorney for Defendants Med-Surgical Services, Inc. Krishna Sudhakaran, Mark Kiene, and Shirley Clayton

Dated: November 3, 2011            Law Offices of Adam R. Bernstein

                                   By: _____/s/_____
                                   Adam Bernstein
                                   Attorney for Defendant Rory Randall

**The court VACATES the settlement conference scheduled for Friday, November 4, 2011 at 9:30 a.m.**

IT IS SO ORDERED
Judge Laurel Beeler

NOTICE OF SETTLEMENT                                         C10-05067 CW